UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re | : | |
| **FLORIDA GRANDE MOTOR COACH RESORT, INC.,** | : | Chapter 11 Case |
| | : | Case No. 08:07-bk-04022-CPM |
| Debtor. | | |
| _____ | : | |

## NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that undersigned counsel received no competing bids by the Bid Deadline established in this Court's Sales Procedures Order entered November 15, 2010 [Dkt. No. 1182] and the Auction scheduled pursuant to the Court's Sales Procedures Order is therefore cancelled. Telephonic notice of the foregoing was given to Court on the morning of December 13, 2010.

/s/ Roberta A. Colton
Roberta A. Colton
Florida Bar No. 371289
rcolton@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
Tel: (813) 223-7474
Fax: (813) 229-6553
*Attorneys for the Reorganized Debtor*

Dated: December 13, 2010.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF CANCELLATION OF AUCTION has been furnished through the Court's CM/ECF System to all participants and by e-mail transmission to: **Debtor**, Florida Grande Motor Coach Resort, Inc., 200 2nd Avenue South, No. 463, St. Petersburg, Florida 33701 on December 13, 2010.

/s/ Roberta A. Colton
Attorney